Gabriel Lugo #A-6117975
Name and Prisoner/Booking Number

Saguaro Correctional Facility
Place of Confinement

1252 E. Arica Rd
Mailing Address

Eloy, Arizona 85131
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌──────────────────────────────┐
│ ☒ FILED      ___ LODGED      │
│ ___ RECEIVED ___ COPY        │
│                              │
│      JAN 3 0 2023            │
│                              │
│ CLERK U S DISTRICT COURT     │
│  DISTRICT OF ARIZONA         │
│ BY_____ DEPUTY   │
└──────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Gabriel Lugo                     ,
(Full Name of Plaintiff)

             Plaintiff,

v.

(1) Gerald Walker                ,
(Full Name of Defendant)

(2) FNU Edwards                  ,

(3) BORU Nale                    ,

(4) FNU Navarro                  ,

             Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00197-PHX-GMS--MHB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
"JURY TRIAL DEMANDED"

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Saguaro Correctional Facility Eloy.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Gerald Walker_ . The first Defendant is employed as: _ARNP – Doctor Walker_ at _Saguaro Correctional Facility_.
(Position and Title)                (Institution)

2.  Name of second Defendant: _FNU; Edwards_ . The second Defendant is employed as: _Health Services Administrator_ at _Saguaro Correctional Facility_.
(Position and Title)                (Institution)

3.  Name of third Defendant: _Boru Nale_ . The third Defendant is employed as: _Medical Doctor – Doctor Nale_ at _Saguaro Correctional Facility_
(Position and Title)                (Institution)

4.  Name of fourth Defendant: _FNU; Navarro_ . The fourth Defendant is employed as: _Nurse – Nurse Navarro_ at _Saguaro Correctional Facility_.
(Position and Title)                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2.  If yes, how many lawsuits have you filed? _N/A_ . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Eighth Amendment Violation; Including Deliberate indifference to Serious Medical Needs.

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☒ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    The Defendant Gerald Walker acted under the Color of State law; The Defendant FNU Edwards acted under the Color of State law; The Defendant BOCU Nale acted under the color of State law; the Defendant FNU Navarro acted under the Color of State law; All defendants listed above acted at all times under this Color of State law and is being Sued in their individual Capacities.

    The Plaintiff was received at Saguaro Correctional Facility located in Eloy, Arizona in 2021. All defendants are employed here.

    In October of 2021 the plaintiff noticed what appeared to be boils on his left arm that were opening and beginning to push muscle tissue through the openings. The plaintiff was seen by a Dr. Nale, BOCU whom told the plaintiff that there were possibly a Couple Surgical Screws loose, Causing this issue. The plaintiff told defendant, Nale that he was having pain and discomfort in the area described.
    CONTINUATION OF FACTS ATTACHED (3A-A) thru (3-L)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    The Plaintiff was subjected to a continuous Course of Considerable pain for a period of (11) months due to all of the listed defendants actions of deliberate indifference, as shown in the statement of facts.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities        ☐ Mail          ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings ☐ Property      ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?   ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level? ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?      ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

"SUPPORTING FACTS CONTINUATION"
(COUNT ONE)

- DR. Nate gave the plaintiff a few band aids
and told him to keep it clean.

- In January of 2022 the plaintiff noticed that
the area where the holes were, was becoming
worse and starting to hurt considerably more
and getting more irritated.

- The plaintiff submitted a sick call form to be
seen by medical; Nurse ~~Navarro~~ Navarro came
to plaintiff to assess the issue.

- The plaintiff explained to Nurse Navarro that
he was in considerable pain, explaining to her
that the screws ~~were~~ were pushing their
way out of his arm with the muscle tissue
over the point where they were trying to do
this and you could actually feel the two
screws moving inside.

- Nurse Navarro with deliberate indifference
to the plaintiffs considerable pain simply
gave him a band aid and told him to allow

(3 - A)

"SUPPORTING FACTS CONTINUATION"

the screws to come out, this clearly being an issue that needed to be assesed by a provider if not an off site medical provider.

- During a period of time between February of 2022 and June of 2022 the plaintiff seen medical due to sick call requests. Being assessed by defendant Nale, defendant Walker and defendant Navarro. Telling all of these medical staff defendants that he was in pain ranging from a level of considerable to extreme, that he had open wounds on his left arm with Muscle tissue coming through these wounds and that the exposed wounds were leaking blood and fluid.

- It was clear to defendant Nale that the plaintiff had surgical screws loose in his arm that were causing the open wounds and pain but with deliberate indifference even after acknowledging this problem did nothing about it except tell plaintiff to keep it clean and offer a band aid. Sub par treatment to a clear surgical issue.

(3-B)

- During the period of February 2022 untill June 2022 the plaintiff was seen by defendant Walker explaining to him that defendant Nale seen the petitioner about his arm and was told that there was surgical screws coming loose and forcing their way out of his arm and doing nothing about it.

- Defendant walker ordered the plaintiffs arm to be cleaned as well as dressed and was ordered wound care protocol.

- At this point there was still nothing done about the clear surgical issue that needed to be resolved concerning the screws that were literally coming through the holes with a layer of muscle tissue covering them.

- The plaintiff repeatedly told defendant walker that he was in considerable pain and were they going to have the screws removed. defendant walker would not state either way. Clearly being deliberatly indifferent to the need of the screws to be surgically removed

(3-C)

or to continuously cause the plaintiff not only considerable pain but also the possibility of MRSA, staph infection as well as other infections due to the enviroment that the plaintiff has to live in.

- During the time frame of February of 2022 and June of 2022 the plaintiff submitted sick call request forms to nursing staff as well as medical department to please follow the orders for wound care and properly clean as well as dress the plaintiffs wounds.

- Nurse Navarro who is a listed defendant in this action was one of the nursing staff who responded to the plaintiffs sick call request forms. When seen by defendant Navarro he asked to please have his wound properly cared for; washed - ointment and dressed. With deliberate indifference the plaintiff was given a band aid and told he would be okay.

- Nurse Navarro was aware from prior

(3-D)

contacts with the plaintiff that he was in constant considerable pain, that there were surgical screws forcing theirselves out of his arm with two large open holes that were bleeding and excreting a puss like liquid. Defendant Navarro did nothing to help the plaintiff, being indifferent to his needs.

- During the time frame of February 2022 and June of 2022 the plaintiff on occasion would see defendant Walker and request that he have something done to make the nursing staff follow the written orders and properly care for the wounds in his arm that were causing him pain, possibly infected and had dirty bandages on it. The plaintiff was told that he would be brought up to Medical to be seen.

- The plaintiff was not brought to Medical.

- In June of 2022 the plaintiff wrote another sick call request to be seen explaining his arm at all times was in constant pain and discharging yellow puss.

(3-E)

- The plaintiff was seen by defendant walker who at this time ordered an outside consult for surgery approximately eight months after the first contact with the plaintiff.

- Between the months of June 2022 and October 2022 the plaintiff still was not properly treated for the considerable pain and exposed muscle tissue, another four month period of time where he submitted sick call forms to have his wounds cleaned and to see the provider for pain killers as well as antibiotics

- In this time period the plaintiff seen the defendants Nale, walker as well as Navarro who all with deliberat indifference left the plaintiffs wounds open to the enviromental elements and pain on a level of moderat to severe depending on the activity the plaintiff was doing at the time.

- The defendants all were aware that the plaintiffs wounds were now at this point leaking puss and constantly

(3-F)

discharging a bloody fluid.

-In october of 2022 the plaintiff was taken to an outside provider at a surgery center to have the screws removed, returning to the facility the same day and being housed in the Medical unit over night.

-Plaintiff seen the defendant Nale the following day of surgery. Defendant Nale told the plaintiff he would be sent back to his housing unit and that nursing staff would come to clean the open wounds daily as well as change the dressings.

-Approximately one week later, which in this time frame the plaintiffs dressings were never changed nor wounds cleaned; Defendant walker came and seen the plaintiff, defendant walker told the plaintiff that nursing staff would come and clean the area of surgery which contained ~~the 22~~ staples and change the dressings without even looking at

(3-G)

the stage of healing, clearly being deliberatley indifferent to the plaintiffs medical issues.

- The plaintiff would like to point out that there is no where in his housing unit to wash and care for his wounds by medical staff as ordered. And he ts was not brought to medical as ordered by and of the defendants to properly assess the plaintiffs wound's before the surgery, as well as after the surgery for any ordered wound care and dressing change. Showing the clear deliberate indifference of all the defendants in the handling of the plaintiffs serious medical needs.

- Approximately two weeks after this visit in which time the plaintiff asked numerous medical staff to include defendant Navarro to please clean the area where surgery was performed and change the dressings. Only to be told he would be given a band aid.

- During this period of time the area

(3-H)

of surgery was getting infected due to not being properly cared for by the ~~defendant~~ defendants Navarro, walker and Nale.

- Due to the deliberate indifference in the care of the plaintiffs post surgical area he was subjected to considerable pain all over again

- The plaintiff submitted a sick call form about this issue and was eventually take back to the surgical center and the area checked.

- Before this offsite consult the plaintiff had the staples removed approximately (21) days later not the (11) ordered by the doctor at the surgery center, clearly showing deliberate indifference in the post handling of the plaintiffs surgical needs.

- This indifference causing the infection before removal and causing the plaintiff

(3-I)

unnecessary ongoing considerable pain
that could have been avoided, was caused
by the clear deliberate indifference of defendant
Nale and defendant Walker's actions and
inactions.

At this time the plaintiff initiated the
grievance process; November 29th 2022.

- At no time did the plaintiff ever willingly
or knowingly refuse or sign a refusal
for medical treatment to include; wound
care, dressing change or medical visits.

- On the contrary, the plaintiff submitted
numerous written sick call request forms
and verbal requests to be seen and
have the wound taken care of properly

- The clear actions of the Health Care
administrator defendant Edwards
shows clear deliberate indifference to
the plaintiffs considerable pain for over
a (1) month period of time as well as

(3-J)

the need for not only surgical care but the need for Medical treatment that was not given under her Supervisory Capacity.

- Defendant Edwards is in charge of the overseeing of all Medical Staff, Scheduling, as well as orders of the Doctors and the ARNP's, who would be defendant Nate and defendant Walker.

- Defendand Edwards is also the individual who oversees the actions of the Nursing Staff who in line would be the individuals that care for wounds and dressing change, the scheduling of these orders by the nursing staff under her care as an administrator. As defendant Navarro would be charged to do as well as other nursing staff when seen by the plaintiff.

- This is not just a singular duty this duty also applies to the Doctor or ARNP who puts the order into effect. It is clearly obvious that neither defendant Nate

(3-K)

# CONTINUATION OF FACTS

or defendant walker followed up on their orders, showing the deliberate indifference of their actions, where they could have corrected these issues but didn't.

- Through the time frame of October 2021 and November of 2022 the defendants Nale, Walker and Navarro on numerous occasions seen the plaintiff until the surgery and after and simply gave the plaintiff a less efficacious course of treatment; A band aid vs. Proper wound care, dressing changes etc, to an open wound and continuous pain, where proper medical care was needed.

- When seen by defendant Navarro even after the plaintiff made this nurse aware of the order to have his arm cleaned and dressed she still only offered a band aid to fix an issue that clearly needed far more than this type of care on numerous occasions.

# END OF FACTS

(3-L)

## E. REQUEST FOR RELIEF

State the relief you are seeking:

The Plaintiff is seeking damages in the amount of; $500,000.00 jointly and severably in Compensatory for the physical injury sustained by plaintiff and the failure to Provide adequate medical care to the plaintiff. Punitive damages in the amount of 750,000.00 against each defendant for their intentional and callous acts/omissions, which resulted in the physical pain and injury to plaintiff. Any and all other relief this court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-25-2023
                    DATE

                                        _Gabriel Lugo_
                                        SIGNATURE OF PLAINTIFF

MICHAEL ROGERS—Florida DOC (L84) Inmate Law Clerk
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.